FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HR-10558
(Inmate Number)

Ronald W. Telepo, Jr.
(Name of Plaintiff)

P.O. Box 1000 Houtzdale, PA 16698
(Address of Plaintiff)

S.C.I. Houtzdale

vs.

The County of Monroe, Monroe County Correctional Center and John Doe Warden in thier individual and official capacities.
(Names of Defendants)

09-cv-1604
(Case Number)

COMPLAINT

FILED
SCRANTON
AUG 20 2009
PER _____
DEPUTY CLERK

TO BE FILED UNDER:   _X_ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   Telepo v. Martin, et al.

   Case No. 3:08-cv-02132   2008

   Magistrate Judge Mannion

   Honorable Judge James Munley.

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      _X_ Yes  ___ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ___ Yes  _X_ No

      If your answer is no, explain why not  This is a complaint in regards to conditions at the Monroe County Jail.

   C. Is the grievance process completed?  ___ Yes  ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant JOHN DOE, WARDEN is employed as WARDEN at MONROE COUNTY CORRECTIONAL CENTER

B. Additional defendants THE COUNTY OF MONROE AS A MUNICIPALITY, MONROE COUNTY CORRECTIONAL CENTER THE MONROE COUNTY CORRECTIONAL CENTER IS LOCATED IN SNYDERSVILLE, PA.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. ON THE DATES FROM APRIL 11, 2008 TO AUGUST 5, 2008 I WAS AN INMATE AT THE MONROE COUNTY JAIL. I WAS BEING HELD ON THE FOLLOWING CRIMINAL CHARGES: THEFT BY UNLAW TAKING-MOVEABLE PROP 18 SECTION 3921A (MISDEMEANOR) AND CRIM'L MISCHIEF-TAMPER W/PROPERTY 18 SECTION 3304 A2 (SUMMARY OFFENSE).

2. (SEE ATTACHED EXHIBIT) ON JUNE 2, 2008 I WAS ILLEGALLY STRIP SEARCHED.

A) THE DEFENDANT, JOHN DOE WARDEN, ACTING UNDER COLOR OF STATE LAW CONDUCTS A POLICY AT THE MONROE COUNTY JAIL WHERE ALL INMATES ARE FORCED TO BE STRIP SEARCHED AND HAVE VISUAL BODY CAVITY SEARCHES DONE WHILE BEING

3. MOVED FROM AN INTAKE BLOCK TO A GENERAL HOUSING BLOCK WITHIN THE JAIL. THIS IS DONE TO ALL INMATES, REGARDLESS OF CHARGES OR ANY REASONABLE SUSPICION OF CONTRABAND. THIS CUSTOM ADOPTED BY THE WARDEN REFLECTS A DELIBERATE, INTENTIONAL INDIFFERENCE TO THE CONSTITUTIONAL RIGHTS OF INMATES.

2

PAGE 2 STATEMENT OF CLAIM

THESE STRIP SEARCHES ARE BEING CONDUCTED ON PRE-TRIAL AS WELL AS SENTENCED INMATES.

B) THE COUNTY OF MONROE AND THE MONROE COUNTY CORRECTIONAL FACILITY ARE RESPONSIBLE FOR THE INACTION OF AN ILLEGAL POLICY. THIS COMPLAINT SHOWS A CLEAR AND PERSISTENT PATTERN OF ILLEGAL BODY CAVITY SEARCHES, THE COUNTY OF MONROE'S TACIT APPROVAL OF THIS UNCONSTITUTIONAL CONDUCT AND A DELIBERATE INDIFFERENCE IN THEIR FAILURE TO ACT WHICH AMOUNTS TO AN OFFICIAL POLICY OF INACTION. THIS CUSTOM IS THE MOVING FORCE AND DIRECT LINK IN THIS CONSTITUTIONAL DEPRIVATION.

C) THE WARDEN AND HIS STAFF HAVE AUTHORIZED, APPROVED AND KNOWINGLY ACQUIESCED IN THESE UNCONSTITUTIONAL BODY CAVITY SEARCHES BEING CONDUCTED. ALL INMATES ARE FORCED TO THESE BODY CAVITY SEARCHES, REGARDLESS OF THE NATURE OF THE CHARGES.

D) THE PLAINTIFF ALLEGES VIOLATIONS OF HIS FOURTH AMENDMENT RIGHTS UNDER THE UNITED STATES AND PENNSYLVANIA CONSTITUTIONS.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. A DECLARATION THAT THE ACTS AND OMMISIONS DESCRIBED HEREIN VIOLATED PLAINTIFFS RIGHT UNDER THE LAWS AND CONSTITUTION OF THE UNITED STATES.

2. AWARD COMPENSATORY DAMAGES OF $25,000 DOLLARS AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY. AWARD PUNITIVE DAMAGES OF $50,000 DOLLARS AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

3. A PERMANENT INJUNCTION ORDERING DEFENDANTS TO STOP THESE BODY CAVITY SEARCHES ON INMATES WITH MINOR OFFENSES AND WITHOUT REASONABLE SUSPICION OF CONTRABAND.

4. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

5. PLAINTIFFS COSTS IN THIS SUIT.

Signed this __15__ day of __August__, 2009.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__8/15/09__          _____
(Date)                    (Signature of Plaintiff)

3

# COURT OF COMMON PLEAS OF MONROE COUNTY
## DOCKET



Docket Number: CP-45-CR-0000363-2005
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Ronald Wayne Telepo

Page 2 of 20

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 09/26/2006 | County Jail | Northampton County Prison | | No |
| 09/29/2006 | County Jail | Monroe County Prison | | No |
| 01/06/2009 | DOC Confined | SCI Houtzdale | | Yes |

### DEFENDANT INFORMATION

Date Of Birth:  02/04/1974    City/State/Zip: Hellertown, PA 18055-0000

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Telepo, Ronald Wayne |

### BAIL INFORMATION

**Telepo, Ronald Wayne**                                                                 Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 03/11/2005 | Unsecured | | $10,000.00 | Posted | 03/11/2005 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Date | OTN |
|---|---|---|---|---|---|---|
| 1 | 2 | M1 | 18 § 3921 §§A | Theft By Unlaw Taking-Movable Prop | 07/19/2003 | H7767546 |
| 2 | 3 | S | 18 § 3304 §§A2 | Crim'l Misch-Tamper W/Property | 07/19/2003 | H7767546 |

"EXHIBIT A"

AOPC 2220 - Rev 01/19/2009                                                                 Printed: 01/19/2009

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT
UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

**THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.**

*******************************************************************************

The cost for filing a civil rights complaint is $350.00.

If you do not have sufficient funds to pay the full filing fee of $350.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1) the average monthly deposits to your prison account for the past six months; or

2) the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

*******************************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $350.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. Check here if you are submitting the filing fee with the complaint form. ____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court</u>. Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees. X

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS

Ronald W. Teverno, Jr. HR6558
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698

PA Dept of Corrections
Inmate Mail

Mary O'Andrea Prothonotary
Clerks Office
U.S District Court
For the Middle District of PA
235 North Washington Ave.
P.O Box 1148
Scranton, PA 18501-1148

RECEIVED SCRANTON
AUG 20 2009
PER _____ DEPUTY CLERK

No Fee Enclosed
-B-